# ELECTRONIC RECORD

COA # 01-13-00545-CR          OFFENSE: 19.02 (Murder)

STYLE:  Olen Ware II v. The State of Texas     COUNTY:  Harris

COA DISPOSITION:     AFFIRM          TRIAL COURT: 208th District Court

DATE: 10/02/2014          Publish: NO   TC CASE #:   1328054

## IN THE COURT OF CRIMINAL APPEALS

STYLE:    Olen Ware II v. The State of Texas          CCA #:   **1470-14**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:          _____

____REFUSED____          JUDGE:          _____

DATE: __01/14/2015__          SIGNED: _____     PC: _____

JUDGE: __Per Curiam__          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**